

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00838-CV

**IN RE ALLSTATE TEXAS LLOYDS** and Michael McAfee

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

On November 6, 2018, relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than December 5, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 20, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 32612, styled *Klaus Wilhelm v. Allstate Texas Lloyds and Michael McAfee*, pending in the 83rd Judicial District Court, Val Verde County, Texas, the Honorable Robert Cadena presiding.